# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO.: 1:24-CR-00049(3) |
| Plaintiff, | : | JUDGE COLE |
| v. | :: | **GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION FOR BOND** |
| DIAJONTE BANKS, | : | |
| Defendant. | : | |

Comes now the United States of America by Ryan A. Keefe, Assistant United States Attorney for the Southern District of Ohio, and responds to Diajonte Banks' (hereafter "defendant") Motion for Bond. The government has conferred with the defendant's pretrial services officer who has reviewed the defendant's conduct during his brief time on supervision and recommends maintaining the previously imposed conditions of release, except to remove the no longer applicable requirement that the defendant comply with his state probation. The government does not object to the Motion as long as the previously imposed conditions of release are imposed.

Respectfully submitted,

KELLY A. NORRIS
Acting United States Attorney

s/Ryan A. Keefe                              .
RYAN A. KEEFE (MA 687613)
Assistant United States Attorney
221 East Fourth Street, Suite 400
Cincinnati, Ohio 45202
(513) 684-2862
ryan.keefe@usdoj.gov

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing Response was served this 14th day of March, 2025, electronically upon all counsel of record.

                                          *s/Ryan A. Keefe*
                                          RYAN A. KEEFE (MA 687613)
                                          Assistant United States Attorney